**Simon Guadalupe ALVEREZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–74085.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 1, 2012.

Vera A. Weisz, Law Office of Vera A. Weisz, Los Angeles, CA, for Petitioner.

Francis William Fraser, I, Esquire, Senior Litigation Counsel, Gary J. Newkirk,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Trial, OIL, U.S. Department of Justice, Washington, DC, CAS–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Simon Guadalupe Alverez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Vasquez de Alcantar v. Holder*, 645 F.3d 1097, 1099 (9th Cir.2011), and we deny the petition for review.

The BIA properly concluded that Alverez was ineligible for cancellation of removal because he lacked seven years of continuous residence in the United States after being "admitted in any status." *See* 8 U.S.C. § 1229b(a)(2); 8 U.S.C. § 1101(a)(12)(B) (parole is not considered admission); *Vasquez de Alcantar*, 645 F.3d at 1102 (filing an application for adjustment of status does not constitute "admitted in any status").

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.